

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-84,178-01

### EX PARTE ABSALON CUARTAS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. F-2008-0072-E WHC 1 IN THE 367TH DISTRICT COURT
### FROM DENTON COUNTY

*Per curiam*. YEARY, J., filed a dissenting opinion.

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of two counts of online solicitation of a minor. TEX. PENAL CODE § 33.021(b). He was sentenced to imprisonment for nine months on each count. He did not appeal his convictions.

In *Ex parte Lo*, we declared § 33.021(b) unconstitutional. *Ex parte Lo*, 424 S.W.3d 10 (Tex. Crim. App. 2013). Applicant now contends that, in light of *Lo,* his convictions are no longer valid. We agree. *Ex parte Chance*, 439 S.W.3d 918 (Tex. Crim. App. 2014). Relief is granted.

Applicant's convictions in cause number F-2008-0072-E are set aside, and this cause is remanded to the trial court to dismiss the indictment.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice-Correctional Institutions Division and Pardons and Paroles Division.

Delivered:  January 27, 2016
Do not publish